# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 31, 2006

131078

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

LANTZ HOWARD WASHINGTON,
      Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 131078
COA: 259433
Wayne CC: 04-008047-01

      On order of the Court, the application for leave to appeal the April 6, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 31, 2006

Clerk

p0724